# United States Court of Appeals
## For the First Circuit

No. 20-1612

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTOPHER BROWN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 14, 2022, is amended as follows:

On page 11, line 5, replace "CHC as VII" with "CHC as IV."